UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause No. 1:09-cr-36-01 (M/F) |
| | ) | |
| ANTHONY W. LEWIS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Kennard P. Foster's Report and Recommendation that

Daniel J. Curl's supervised release be revoked, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1(a)(1)

*Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and

adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of

imprisonment of seven months in the custody of the Attorney General or his designee, with no

supervised release to follow.  It is recommended that Mr. Lewis be designated to the Federal

Correctional Institution closest to Dallas, Texas.

SO ORDERED this  08/16/2011

LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Gayle Helart,
Assistant U. S. Attorney
10 West Market Street, Suite 2100
Indianapolis, IN 46204

William Dazey,
Office of Indiana Federal Community Defender
111 Monument Circle, #752
Indianapolis,   IN 46204

U. S. Parole and Probation

U. S. Marshal